IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Violation Number:   2304516 NE14 |
| Plaintiff, | ) | 8:14CB11 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHN D. DEWHURST, | ) | |
| | ) | |
| Defendant. | ) | |

On the motion of the United States Attorney's Office (Filing No. 11), the bench warrant in the above-referenced matter is hereby canceled and the matter is continued to February 24, 2015.

ORDERED this 9th day of December, 2014.

**BY THE COURT:**

s/ Thomas D. Thalken
**United States Magistrate Judge**